

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| BERNARDO L. GONZALEZ, | § | No. 08-19-00004-CV |
| Appellant, | § | Appeal from the |
| v. | § | 346th District Court |
| MOMENTUM DESIGN AND CONSTRUCTION, INC., | § | of El Paso County, Texas |
|  | § | (TC# 2018DCV3826) |
| Appellee. | § |  |

# **O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **September 3, 2019.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Noemi V. Lopez, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before September 3, 2019.

IT IS SO ORDERED this 23rd day of July, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.
(Rodriguez, J., not participating)